UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

GLOBE IMPORTS LIMITED, *et al.*,

Plaintiffs,

v.

NATIONWIDE INSURANCE,

Defendant.

Case No.  14-cv-03676-CW   (NJV)

**ORDER ON DISCOVERY LETTER BRIEF**

Re: Dkt. No. 33

Upon consideration of the Joint Discovery Letter Brief (Doc. 33), and for the reasons stated on the record at the hearing on July 7, 2015, it is ORDERED as follows:

1) Plaintiffs shall, by July 21, 2015 at 5:00 p.m., identify by Bates stamp numbers which previously provided documents are responsive to Defendant's Requests for Production;

2) Plaintiffs shall, by July 21, 2015 at 5:00 p.m., provide responsive answers to the remaining twenty-one interrogatories; and

3). Defendant's request for additional time in which to depose Mr. Maxon is granted. Counsel for the parties shall, by July 10, 2015 at 5:00 p.m., agree to an appropriate date for the deposition.

**IT IS SO ORDERED**.

Dated: July 7, 2015

NANDOR J. VADAS
United States Magistrate Judge